UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REBECCA ROBARE,<br><br>      Plaintiff,<br><br>v.<br><br>WILSON APPLIANCES, INC.,<br><br>      Defendant. | Civil Action No. 8:21-cv-00536-FJS-CFH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

    Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Parties hereby stipulate and agree that this action and all claims asserted in this action shall be dismissed with prejudice, with all rights of appeal to be waived.  Each party will bear its own attorney's fees and costs.  Respectfully submitted,

| *Attorneys for Plaintiff,* | *Attorneys for Defendants,* |
|---|---|
| Rebecca Robare | Wilson Appliances, Inc. |
| | |
| */s/ Timothy Brock* | */s/ Elena DeFio Kean* |
| | |
| Timothy Brock (NY Bar #5614151) | Elena Defio Kean |
| The Law Offices of Wyatt & Associates, PLLC | Hinman Straub P.C. |
| 17 Elm Street, Suite C211 | 121 State Street |
| Keene, NH  03431 | Albany, NY 12207 |
| (603) 357-1111 | ekean@hinmanstraub.com |
| tbrock@wyattlegalservices.com | |

Dated:  December 20, 2022

                          Date:  December 22, 2022     IT IS SO ORDERED.


                                                Frederick J. Scullin, Jr.
                                                Senior United States District Judge